UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JAMES DONALD GENE HILLIARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:20-CV-00149-JRG-CRW |
| ) | |
| SULLIVAN COUNTY SHERIFF'S ) | |
| OFFICE and JEFF CASSIDY, ) | |
| ) | |
| Defendants. ) | |

## **JUDGMENT ORDER**

For the reasons set forth in the memorandum opinion filed herewith, this pro se prisoner's complaint for relief filed under 42 U.S.C. § 1983 is **DISMISSED** for want of prosecution pursuant to Fed. R. Civ. P. 41(b). The Plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 4] is **DENIED** as moot. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

So ordered.

ENTER:

                                                               s/J. RONNIE GREER
                                               UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

    s/ *John L. Medearis*
    District Court Clerk